No. 90–8370. MEDINA v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante*, p. 924.] Motion of Committee on Legal Prob-

lems of the Mentally Ill of the Association of the Bar of the City of New York for leave to file a brief as *amicus curiae* granted.